IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02538-REB-MJW

DARLENE LARSON,

Plaintiff(s),

v.

PUBLIC SERVICE CREDIT UNION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

On March 16, 2011, the court directed chambers staff to contact counsel for Defendant, Mr. Stone, to determine whether or not the DPS records had been received by Defendant as promised by plaintiff's counsel.   Mr. Stone informed chambers staff that such records had NOT been provided to the Defendant.

Based upon this information provided to the court, and for the reasons stated in the motion, it is hereby ORDERED that the Motion to Vacate March 17, 2011 Settlement Conference, DN 20, filed with the court on March 15, 2011, is GRANTED. The Settlement Conference set on March 17, 2011, at 10:30 a.m., is VACATED and may be reset upon written motion by either party at a later date.

Date:  March 16, 2011