IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02538-REB-MJW

DARLENE LARSON,

Plaintiff,

v.

PUBLIC SERVICE CREDIT UNION,

Defendant.

MINUTE ORDER

Entered by  Magistrate Judge Michael J. Watanabe

     Plaintiff has not filed a response to the defendant's Motion to Amend Answer (Docket No. 18), and thus the motion is deemed confessed.  It is therefore hereby

     ORDERED that the defendant's Motion to Amend Answer (Docket No. 18) is granted, and the tendered Defendant's Amended Answer and Jury Demand (Docket No. 18-1) is accepted for filing as of the date of this Minute Order.

Date:  March 31, 2011