**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02538-REB–MJW

DARLENE LARSON,

    Plaintiff,

v.

PUBLIC SERVICE CREDIT UNION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation For Dismissal With Prejudice** [#25] filed April 21, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation For Dismissal With Prejudice** [#25] filed April 21, 2011, is **APPROVED**;

2.  That the Trial Preparation Conference set for November 18, 2011, is **VACATED**;

3.  That the jury trial set to commence December 12, 2011, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 22, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          Robert E. Blackburn
                          United States District Judge